


JUN 27 2014

## ATTACHMENT A: STIPULATED FACTS – MARION L. MARTIN, JR.

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **MARION L. MARTIN, JR.** ("**MARTIN**") was a resident of Potomac, Maryland.

In January 2013, **MARTIN** uploaded files to his Microsoft Skydrive cloud account. Multiple files depicted real children engaged in sexually explicit conduct. The following are examples:

- Copy.wmv: a 38 minute video that depicts two females, one prepubescent and one pubescent, naked. The females begin kissing and perform oral sex on one another at the direction of an unknown male off camera. The females insert objects in each other's anuses.

- IMG_3235.jpg: an image file that depicts a naked toddler female holding her legs apart towards the camera so her genitals are lasciviously displayed.

- PA14419.jpg: an image file that depicts a naked pubescent female laying back with her legs apart and her genitals are lasciviously displayed.

On May 8, 2013, a search warrant was executed at **MARTIN**'s residence in Potomac, Maryland. During the search, approximately four (4) terabytes of data was seized. **MARTIN** advised law enforcement that he had been collecting images of children since approximately 1977. **MARTIN** advised law enforcement that he worked in a photo lab at a local CVS and would also duplicate, for his own personal collection, certain images of children that CVS customers would drop off for processing. **MARTIN** stated that his sexual interest was in females [*including girls*] of approximately 9 to 11 years of age.

Law enforcement, upon reviewing evidence seized during the May 8, 2013 search warrant, located multiple video files depicting prepubescent and pubescent females taken in a CVS store.

On October 30, 2013, **MARTIN** spoke to law enforcement again. **MARTIN** admitted that he had been using his cell phone to take videos of females, clothed, at his place of employment. **MARTIN** also advised that he had purchased a new laptop and cellular phone since the search warrant was executed at his house in May of 2013.

On January 29, 2014, a second search warrant was executed at **MARTIN**'s residence.

1

Multiple digital media storage devices, including three laptop computers, five tablet devices, seven cameras, 24 SD memory cards, 121 CDs/DVDs/DVD-R's, a Galaxy cell phone, a thumb-drive, an Apple iPod and a Google Glass device, were seized by law enforcement.

A forensic analysis and review was conducted on all digital devices seized from MARTIN's residence pursuant to both searches. *The government estimates that* MARTIN had approximately one million child pornography and child erotica images and videos identified on these devices alone. Several of these files were downloaded on or about May 6, 2013. Examples are as follows:

*[handwritten margin: MJM NAM MJR]*

- "0_pthc_ptsc_9yo_jenny_in_nylons_and_collar_tied_up.JPG": This image depicts a pre-pubescent female lying naked on her back with her hands tied together above her head with yellow rope. Her legs are bound apart with two yellow ropes, one of which is tied around each leg at the thigh and shin forcing knees to be bent and exposing her vagina and anus. The girl has what appears to be a brown dog collar wrapped tightly around her neck and is wearing thigh-high black nylons on each leg.

- "0_pthc_ptsc_9yo_jenny_enjoying_her_daddys_doggie_licking_her_while_shes_tied_up.JPG": This image depicts a pre-pubescent female who is tied face down and naked on a brown weight bench at the lower torso by a black strap. The girl's left breast is visible. She is bound by both ankles to the base of the weight bench with yellow rope exposing her buttocks/genitals to the rear. A dog resembling a yellow Labrador Retriever has its mouth in between the buttocks of the girl and appears to be licking her vagina and/or her anus.

- "0_pthc_ptsc_9yo_jenny_sucking_daddys_dog,_naked._look_at_her_lil_pussy.JPG" This image depicts a pre-pubescent female sitting naked on a bed sheet. The girl is leaning under a dog, which appears to be a Labrador Retriever which has an erect penis. The girl is holding the dog's penis with her left hand while performing oral sex on the dog.

The images and videos depict real children engaged in sexually explicit conduct. The images and videos possessed and received by MARTIN were transported through the Internet and therefore traveled in interstate and foreign commerce.

\* \* \*

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

12 JUN 14
Date

*[signature]* Marion L. Martin, Jr.